HOWARD v. MERCER

No. 132 PC.

No. 49 (Fall Term).

Case below: 36 N.C. App. 67.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 14 July 1978.

JACOBS v. SHERARD

No. 133 PC.

Case below: 36 N.C. App. 60.

Petition by defendants for discretionary review under G.S. 7A-31 denied 14 July 1978.

KLOSTER v. COUNCIL OF GOVERNMENTS

No. 155 PC.

Case below: 36 N.C. App. 421.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978.

LUCAS v. TRAILER SALES

No. 158 PC.

Case below: 36 N.C. App. 388.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 14 July 1978.

MAZDA MOTORS v. SOUTHWESTERN MOTORS

No. 136 PC.

No. 51 (Fall Term).

Case below: 36 N.C. App. 1.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 14 July 1978. Motion of defendant to dismiss appeal for lack of substantial constitutional question denied 14 July 1978.